

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Guoying Tang DEFENDANT(S). | CASE NUMBER 18-MJ-0750 ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of <u>Defendant</u>, IT IS ORDERED that a detention hearing is set for <u>3/30/2018</u>, ____, at <u>2:00</u> ☐a.m. / ☒p.m. before the Honorable <u>Jean Rosenbluth</u>, in Courtroom <u>690, 6th Floor</u>.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: *March 28, 2018*

U.S. District Judge/Magistrate Judge